AO 240A  (Rev. 01/09; NJ 06/17) Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FUNDERBURK<br><br>Plaintiff(s),<br><br>v.<br><br>ACCURATE DIAGNOSTIC LABS<br><br>Defendant(s). | ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES<br><br>Civil Action No. 20-01223-BRM-ESK |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915, **IT IS ORDERED** the application is:

☑ **GRANTED**, and

☑ The clerk is ordered to file the complaint (ECF No. 1),

☑ **IT IS FURTHER ORDERED**, the Complaint is **DISMISSED WITHOUT PREJUDICE**, as the Court, having screened the Complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, finds this Court lacks subject matter jurisdiction because plaintiff fails to state a claim for a federal cause of action pursuant to 28 U.S.C. § 1331, and because there does not appear to be subject matter jurisdiction pursuant to 28 U.S.C. § 1332.

☐ **DENIED**, for the following reasons:

☑ **IT IS FURTHER ORDERED**, the clerk is ordered to **CLOSE** the file.

ENTERED this  7th  day of February 2020

*/s/Brian R. Martinotti*
Signature of Judicial Officer

Brian R. Martinotti, USDJ
Name and Title of Judicial Officer